UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-8071


RACHEL EASTMAN, an individual; ACADEMIC SOFTWARE, a New Jersey
Corporation;
AIA ENTERPRISES INC, DBA Chesterfield Inn, a New Jersey Corporation;
BUDGET WINDOWS, a New Jersey Corporation; JOHN PIERSON, an individual,
on behalf of themselves and all others similarly situated;

Petitioners


v.


FIRST DATA CORP, a Delaware Corporation;
FIRST DATA MERCHANT SERVICES CORP, a Florida Corporation


**ORDER AMENDING OPINION**


The opinion issued on December 4, 2013 is hereby amended to delete the listing of
Nathan M. Edelstein, Esq. as counsel for Plaintiffs – Petitioners.  Mark A. Fisher, Esq.,
Arnold C. Lakind, Esq., and Stephen Skillman represented Plaintiffs – Petitioners in the
matter before the Court.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


Date:          December 12, 2013
Cnd/cc:        Nathan M. Edelstein, Esq.
               Mark A. Fisher, Esq.
               Arnold C. Lakind, Esq.
               Stephen Skillman, Esq.
               Thomas A. Cunniff, Esq.